Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| William Van Palin | § | CASE NO. 13-70157-HDH-13 |
| | § | |
| DEBTOR | § | |

DEBTOR'S OBJECTION TO Internal Revenue Service (Claim #6)

Debtor in the above-entitled cause files this Objection to the Claim filed in this matter by Internal Revenue Service and would respectfully show the Court as follows:

1.   Internal Revenue Service has filed a purported Unsecured Priority Proof of Claim (Claim #6) for $6,150.00.

2.   The Internal Revenue Services' Unsecured Priority claim was based on unassessed liability for the tax period 2012.

3.   Debtor has provided the Internal Revenue Service with tax returns for 2012 evidencing no tax liability for the year in question. Additionally, Debtor and his spouse received a refund in the approximate amount of $7,008.00

FOR THESE REASONS, Debtor requests that the Unsecured Priority claim (Claim #6) of the Internal Revenue Service is disallowed and for additional or alternative relief as may be just and proper.

Respectfully submitted,

/s/Monte J. White
ATTORNEY FOR DEBTOR

IMPORTANT NOTICE

PURSUANT TO LOCAL BANKRUPTCY RULE 9007, YOU ARE HEREBY NOTIFIED THAT NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT ON OR BEFORE THIRTY(30) DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE TO (1) THE DEBTOR AND DEBTOR'S ATTORNEY; (2) THE OFFICE OF THE U.S. TRUSTEE; (3)ANY TRUSTEE AND

THE TRUSTEE'S ATTORNEY; (4) THE MEMBERS OF ANY OFFICIAL COMMITTEE, OR THE ATTORNEY FOR ANY OFFICIAL COMMITTEE IF AN ATTORNEY HAS BEEN EMPLOYED; OR, IF THERE IS NO COMMITTEE, THE TWENTY (20) LARGEST UNSECURED CREDITORS; (5) ANY PARTY REQUESTING NOTICE; (6) ANY PARTY NAMED ON A COURT-APPROVED ALTERNATIVE SERVICE LIST; (7) THE RESPONDING PARTIES; AND (8) ANY OTHER AFFECTED ENTITY.

IF NO HEARING ON SUCH NOTICE OR MOTION INITIATING A CONTESTED MATTER IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certified that on March 17, 2014, a true and correct copy of the foregoing was served on the following parties in interest:

<u>CHAPTER 13 TRUSTEE</u>
Mr. Walter O'Cheskey
6308 Iola
Lubbock, TX  794320

<u>DEBTORS</u>
William Van Palin
3514 Kessler
Wichita Falls, TX 76309

<u>U.S. TRUSTEE</u>
William T. Neary
1100 Commerce, Rm. 9C60
Dallas, Texas  75242

<u>CREDITOR</u>
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

<u>U.S.ATTORNEY FOR WICHITA FALLS</u>
1100 Commerce St., Rm. 300
Dallas, TX 75242-1027

<u>ATTORNEY GENERAL</u>
Dept. of Justice
Constitution Ave., 10th St. NW
Rm. B12
Washington DC 20530

/s/Monte J. White